IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STACEY D. R.,

        Plaintiff,

v.                                                              Civil Action No. 3:20cv858

KILOLO KIJAKAZI,

        Defendant.

## ORDER

This matter comes before the Court on the January 25, 2022 Report and Recommendation (the "R&R") issued by the Honorable Mark R. Colombell, United States Magistrate Judge. (ECF No. 27.) The R&R recommends that because the Administrative Law Judge's ("ALJ") determination at each step was supported by substantial evidence, the Plaintiff's Motion for Summary Judgment, (ECF No. 24), be denied, and that Defendant's Motion for Summary Judgment, (ECF No. 25), be Granted. No objections to the R&R have been filed, and the time to do so has expired.

Finding no error, the Court:

    (1)    ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 27);

    (2)    DENIES Plaintiff's Motion for Summary Judgment, (ECF No. 24);

    (3)    GRANTS Defendant's Motion for Summary Judgment, (ECF No. 25);

    (4)    AFFIRMS the final decision of the Commissioner; and,

    (5)    DIRECTS the Clerk to CLOSE this case.

Let the Clerk send a copy of this Order to Plaintiff.

It is SO ORDERED.

Date: 2-10 2022
Richmond, Virginia

/s/ 
M. Hannah Lauck
United States District Judge